IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER INGS-RAY | : | CIVIL ACTION |
| v. | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : | NO. 02-3615 |

## O R D E R

AND NOW, this 7th day of October, 2002, it is hereby ORDERED:

1. Additional parties, if any, must be joined within the time specified in Local Rule 14.1. All discovery, and any other activity within the provisions of Rule 16(b)(1) - (3), is to be completed by January 6, 2003.

2. Defendant shall file their motion for summary judgment on or before February 6, 2003.

THOMAS N. O'NEILL, JR.,     J.