IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMBER INGS-RAY                              :        CIVIL ACTION

      v.                                        :

SCHOOL DISTRICT OF PHILADELPHIA, et al    :        NO. 02-3615

O R D E R

      AND NOW this _____ day of February, 2003, it is ORDERED that defendant shall file their motion for summary judgment on or before April 7, 2003

_____
THOMAS N. O'NEILL, JR.,    J.