IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER INGS-RAY | : | CIVIL ACTION |
| v. | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, et al | : | NO. 02-3615 |

**CIVIL JUDGMENT**

Before:  Honorable Thomas N. O'Neill, Jr.

AND NOW, this 30th day of April, 2003, in accordance with Memorandum and Order, dated April 30, 2003,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants and against the plaintiff.

BY THE COURT:

ATTEST:

Deputy Clerk